IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00235-RM-MJW

DAVID W. VEREN,

Plaintiff,

v.

THE UNITED STATES OF AMERICA, DEPARTMENT OF JUSTICE,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Pro Se Plaintiff's Motion for Leave to File Third Amended Complaint (Docket No. 35) is GRANTED for good cause shown.  Plaintiff is directed to file his Third Amended Complaint with the court on or before October 22, 2013.  Plaintiff's Third Amended Complaint may only contain the changes as outlined on page 2 of plaintiff's motion.

Date: October 11, 2013