**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

**Civil Action No.**  13-cv-00235-RM-MJW          FTR - Courtroom A-502

**Date:**   November 25, 2013                    Courtroom Deputy, Ellen E. Miller

<u>Parties</u>                                   <u>Counsel</u>

DAVID W. VEREN                                  *Pro Se*

   Plaintiff(s),

v.

UNITED STATES OF AMERICA,                       Marcy E. Cook

   Defendant(s).

---

**COURTROOM MINUTES / MINUTE ORDER**

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:**   10:31 a.m.
Court calls case.  Appearances of *Pro Se* plaintiff and defense counsel.  Also present is Natalie West, who appears as a randomly drawn counsel from the list of interested applicants as part of the U. S. District Court Pilot Program to Implement a Civil Pro Bono Panel.  It is noted Ms. West has a 30-day time frame from the appointment date of November 22, 2013, in which to decide if she will enter her appearance in this case.

This is the time set for a Rule 16(b) Scheduling Conference.  The time is utilized to discuss the status of the case.  No pretrial deadlines or setting are made.  The proposed Scheduling Order [Docket No. 42, filed November 18, 2013] is not considered by the Court.

Defendant's Motion to Stay Discovery is addressed.  With no objections,

**It is ORDERED:**     Defendant's MOTION TO STAY DISCOVERY [Docket No. **44**, filed November 22, 2013]  is **GRANTED** for reasons as set forth on the record. Discovery is STAYED pending resolution of Defendant's Motion to Dismiss or unless otherwise ordered by the Court.

**It is ORDERED:**     Plaintiff, *Pro Se* and/or with counsel,  has up to and including  **JANUARY 17, 2014.**   within which to file a written Response to the Motion to Dismiss [Docket No. 43, filed November 22, 2013].

**It is ORDERED:**     A  **STATUS   CONFERENCE** is set   **JANUARY 27, 2014 at 10:00 a.m.** in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

Topics of discussion will include
(1) status of Motion to Dismiss
(2) status of counsel in both cases filed by Plaintiff 13-cv-00235-RM-MJW and 13-cv-02089-RM-MJW.

Hearing concluded.

**Court in recess:**    10:45 a.m.
Total in-court time: 00:14

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or     Toll Free    1-800-962-3345.