IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00235-RM-MJW

DAVID W. VEREN,

Plaintiff,

v.

THE UNITED STATES OF AMERICA, DEPARTMENT OF JUSTICE,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiffs' Unopposed Motion for Leave to File a Fourth Amended Complaint (Docket No. 52) is GRANTED finding good cause shown. The Fourth Amended Complaint (Docket No. 52-1) is accepted for filing.

It is FURTHER ORDERED that Defendant's Motion to Dismiss (Docket No. 43) is DENIED AS MOOT as the motion is now directed to an inoperative, superceded pleading.  See, e.g., Gilles v. United States, 906 F.2d 1386, 1389 (10th Cir. 1990) (stating that "a pleading that has been amended under Rule 15(a) supersedes the pleading it modifies") (internal quotation marks omitted).

It is FURTHER ORDERED that Plaintiff's Unopposed Motion for Extension to File Response to Defendant's Motion to Dismiss (Docket No. 53) is DENIED AS MOOT.

Date: January 16, 2014