**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 13-cv-00235-RM-MJW

DAVID W. VEREN,

    Plaintiff,

v.

THE UNITED STATES OF AMERICA,

    Defendant.

_____

**ORDER OF DISMISSAL WITHOUT PREJUDICE**
_____

    This matter is before the Court on the Stipulation for Dismissal without Prejudice filed by Plaintiff David W. Veren and Defendant United States of America. Pursuant to Federal Rule of Civil Procedure 41, the Court hereby dismisses this action without prejudice. It is further ordered that each party shall bear his or its own costs and attorneys' fees.

    Dated this 7th day of April, 2014.

                                            BY THE COURT:

                                            _____
                                            RAYMOND P. MOORE
                                            United States District Judge