# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

Civil Action No. 13-cv-00235-RM-MJW

DAVID W. VEREN,

     Plaintiff,

v.

THE UNITED STATES OF AMERICA,

     Defendant.

_____

## ORDER OF DISMISSAL WITH PREJUDICE

_____

This matter is before the Court on Plaintiff David W. Veren's Motion for Dismissal with Prejudice (ECF No. 75), filed May 15, 2014 ("Motion"). The Court hereby GRANTS the Motion and dismisses this action with prejudice. It is further ordered that each party shall bear his or its own costs and attorneys' fees.

DATED this 16th day of May, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Court Judge